1

2

3

4

5

6

7

JS-6

8

9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

18

| | |
|---|---|
| AMERICAN BULLION, INC., SWISS AMERICA TRADING CORP., AND LEAR CAPITAL, INC.<br><br>        Plaintiffs,<br><br>     v.<br><br>HERNAN SLODOWICZ aka HERNAN SEBASTIAN, and Does 1-10, inclusive.<br><br><br>        Defendants. | CASE NO. 2:15-cv-03181-DDP (ASx)<br><br>The Honorable Dean D. Pregerson<br><br>**ORDER RE: STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

7188242.1

**[PROPOSED] ORDER RE: STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

1

**ORDER**

2       Having considered the parties' Stipulation of Dismissal with Prejudice,

3       IT IS HEREBY ORDERED that the above captioned action, including all

4 claims therein, is hereby dismissed with prejudice pursuant to Federal Rule of Civil

5 Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

6

7       **SO ORDERED.**

8 DATED:  October 26, 2015

                             _____

9                              The Hon. Dean D. Pregerson
                             United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

7188242.1

1

**[PROPOSED] ORDER RE: STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**